# EXHIBIT A

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | FACEBOOK |
| **Goods and Services** | IC 045. US 100 101. G & S: Social introduction, networking and dating services; Providing access to computer databases in the fields of social networking, social introduction and dating; Providing social services and information in the field of personal development, namely, self-improvement, self-fulfillment, charitable, philanthropic, volunteer, public and community services, and humanitarian activities |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.11.02 - Plain single line rectangles; Rectangles (single line) |
| **Serial Number** | 77896325 |
| **Filing Date** | December 17, 2009 |
| **Current Filing Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) Facebook, Inc. CORPORATION DELAWARE 1601 South California Avenue Palo Alto CALIFORNIA 94304 |
| **Attorney of Record** | Anne H. Peck |
| **Description of Mark** | The color(s) blue and white is/are claimed as a feature of the mark. The mark consists of the word "FACEBOOK" in white letters with a blue background. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TARR Status | ASSIGN Status | TDR | TTAB Status *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | FACEBOOK |
| **Goods and Services** | IC 042. US 100 101. G & S: Computer services, namely, creating virtual communities for registered users to organize groups and events, participate in discussions, and engage in social, business and community networking; Computer services, namely, hosting electronic facilities for others for organizing and conducting meetings, events and interactive discussions via communication networks; Application service provider (ASP) services, namely, hosting computer software applications of others; Application service provider (ASP) featuring software to enable or facilitate the uploading, downloading, streaming, posting, displaying, blogging, linking, sharing or otherwise providing electronic media or information over communication networks; Providing an online network service that enables users to transfer personal identity data to and share personal identify data with and among multiple websites; Providing a web site featuring technology that enables online users to create personal profiles featuring social networking information and to transfer and share such information among multiple websites; Providing information from searchable indexes and databases of information, including text, electronic documents, databases, graphics and audio visual information, on computer and communication networks; Providing temporary use of non-downloadable software applications for social networking, creating a virtual community, and transmission of audio, video, photographic images, text, graphics and data; Computer services in the nature of customized web pages featuring user-defined or specified information, personal profiles, audio, video, photographic images, text, graphics and data |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.11.21 - Rectangles that are completely or partially shaded<br>26.11.25 - Rectangles with one or more curved sides |
| **Serial Number** | 77896323 |
| **Filing Date** | December 17, 2009 |
| **Current Filing Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) Facebook, Inc. CORPORATION DELAWARE 1601 South California Avenue Palo Alto CALIFORNIA 94304 |
| **Attorney of Record** | Anne H. Peck |
| **Description of Mark** | The color(s) blue and white is/are claimed as a feature of the mark. The mark consists of the word "FACEBOOK" in white letters with a blue background. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)* |

# FACEBOOK

| | |
|---|---|
| **Word Mark** | FACEBOOK |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Computer software development tools for social networking, building social networking applications and for allowing data retrieval, upload, access and management; application programming interface (API) for third-party software and online services for social networking, building social networking applications and for allowing data retrieval, upload, access and management. FIRST USE: 20060800. FIRST USE IN COMMERCE: 20060800<br><br>IC 038. US 100 101 104. G & S: providing access to computer databases; electronic transmission of instant messages and data. FIRST USE: 20040200. FIRST USE IN COMMERCE: 20040200<br><br>IC 041. US 100 101 107. G & S: Electronic publishing services, namely, publishing of online works of others featuring user-created text, audio, video, and graphics; providing on-line journals and web logs featuring user-created content. FIRST USE: 20040200. FIRST USE IN COMMERCE: 20040200<br><br>IC 042. US 100 101. G & S: Providing temporary use of non-downloadable software applications for classifieds, virtual community, social networking, photo sharing, and transmission of photographic images. FIRST USE: 20040200. FIRST USE IN COMMERCE: 20040200 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77979375 |
| **Filing Date** | November 7, 2006 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | August 25, 2009 |
| **Registration Number** | 3801147 |
| **Registration Date** | June 8, 2010 |
| **Owner** | (REGISTRANT) Facebook, Inc. CORPORATION DELAWARE 1601 South California Avenue Palo Alto CALIFORNIA 94304 |
| **Attorney of Record** | Anne H. Peck |
| **Prior Registrations** | 3041791;3122052 |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TARR Status | ASSIGN Status | TDR | TTAB Status | ( Use the "Back" button of the Internet Browser to return to TESS) |



**Word Mark** F

**Goods and Services** IC 009. US 021 023 026 036 038. G & S: Computer software development tools for social networking, building social networking applications and for allowing data retrieval, upload, access and management; application programming interface (API) for third-party software and online services for social networking, building social networking applications and for allowing data retrieval, upload, access and management; Software to enable uploading, posting, showing, displaying, tagging, blogging, sharing or otherwise providing electronic media or information over the Internet or other communications network

IC 035. US 100 101 102. G & S: Providing an online directory information service featuring information regarding, and in the nature of, collegiate life, general interest, classifieds, virtual community, social networking, photo sharing, and transmission of photographic images; advertising and information distribution services, namely, providing classified advertising space via the global computer network; promoting the goods and services of others over the Internet; providing on-line computer databases and on-line searchable databases in the field of classifieds

IC 038. US 100 101 104. G & S: Providing online chat rooms and electronic bulletin boards for registered users for transmission of messages concerning collegiate life, general interest, classifieds, virtual community, social networking, photo sharing, and transmission of photographic images; Providing services in relation to online chat rooms for transmission of messages and online directory information for registered users featuring information regarding, and in the nature of, collegiate life, general interest, classifieds, virtual community, and social networking; telecommunication services, namely, worldwide switched text and message transmission services, electronic message sending and outcall notification services; providing transmission services in relation to using mobile devices, namely, to look up user profile information, search for users, send messages to users, post information viewable by users, add contacts, and provide notifications; audio and video broadcasting services over the Internet or other communications network, namely, electronically transmitting information, audio and video clips; providing access to information, audio, and video via websites, online forums, chat rooms, electronic mailing lists and blogs over the Internet; Providing access to computer databases; electronic transmission of instant messages and data; providing on-line computer databases and on-line searchable databases in the fields of transmission of photographic images and provision of on-line forums for communications on topics of general interest

IC 041. US 100 101 107. G & S: Electronic publishing services, namely, publishing of online works of others featuring user-created text, audio, video, and graphics; providing on-line journals and web logs featuring user-created content; providing on-line computer databases and on-line searchable databases in the fields of collegiate life, photosharing, video sharing

IC 042. US 100 101. G & S: Computer services, namely, hosting online web facilities for others for organizing and conducting online meetings, gatherings, and interactive discussions; and computer services in the nature of customized web pages featuring user-defined information, personal profiles and information; Application service provider (ASP) featuring software to enable uploading, posting, showing, displaying, tagging, blogging, sharing or otherwise providing electronic media or information over the Internet or other communications network; Providing temporary use of non-downloadable software applications for classifieds, virtual community, social networking, photo sharing, video sharing, and transmission of photographic images; providing a web site over the Internet or electronic communications networks that gives computer users the ability to upload, post, show, display and tag video clips; providing on-line computer databases and on-line searchable databases in the field of forming and connecting with virtual communities

IC 045. US 100 101. G & S: Internet based introduction and social networking services; providing on-line computer databases and on-line searchable databases in the field of social networking

**Mark Drawing** (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS

| | |
|---|---|
| **Code** | |
| **Design Search Code** | 26.09.21 - Squares that are completely or partially shaded |
| **Serial Number** | 77273570 |
| **Filing Date** | September 6, 2007 |
| **Current Filing Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | January 12, 2010 |
| **Owner** | (APPLICANT) Facebook, Inc. CORPORATION DELAWARE 1601 South California Avenue Palo Alto CALIFORNIA 94304 |
| **Attorney of Record** | Anne H. Peck |
| **Description of Mark** | The color(s) blue and white is/are claimed as a feature of the mark. The color white appears in the "f", and the color blue appears in the shaded portion of the square. |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |