# EXHIBIT C



Email

Password

☑ Keep me logged in     Forgot your password?

Login

Date of Last Revision: September 13, 2010

**Facebook Pages Terms**

1. Pages are special profiles that may only be used to promote a business or other commercial, political, or charitable organization or endeavor (including non-profit organizations, political campaigns, bands, and celebrities).

2. You may only administer a Facebook Page if you are an authorized representative of the subject of the Page.

3. Pages can only post content and information under the "everyone" setting.

4. When you publish content or information to your Page we have no obligation to distribute your content or information to users.

5. If you use a Like Box or similar widget off of our site to promote your Page, others will be able to copy and place the widget elsewhere.

6. You may not place a Like Box or similar widget in an advertisement.

7. If you collect user information on your Page, Section 9 of this Statement also applies to you.

8. If you display any content on your Page that is an ad or could be construed as an ad, that content must comply with the ad requirements of the Advertising Guidelines.

9. You may not establish terms beyond those set forth in this Statement to govern the posting of content by users on a Page you administer, except you may disclose they types of content you will remove from your Page and grounds for which you may ban a user from accessing the Page.

10. You will restrict access to your Page in order to comply with all applicable laws. For example, if your Page includes content not suitable for minors, you will use your Page to block minors from accessing your Page.