Mark B. Mizrahi, State Bar No. 179384
mmizrahi@brookskushman.com
BROOKS KUSHMAN P.C.
6701 Center Drive, Suite 610
Los Angeles, CA  90045
Tel. (310) 348-8200; Fax (310) 846-4799

Thomas A. Lewry (Admitted *Pro Hac Vice*)
tlewry@brookskushman.com
John S. LeRoy (Admitted *Pro Hac Vice*)
jleroy@brookskushman.com
BROOKS KUSHMAN P.C.
1000 Town Center, Twenty-Second Floor
Southfield, MI  48075
Tel. (248) 358-4400; Fax (248) 358-3351

*Attorneys for Defendant MaxBounty, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiff,<br>v.<br><br>MAXBOUNTY, INC., a Canadian corporation,<br><br>Defendant. | Case No. 5:10-cv-4712-JF (HRL)<br><br>**JOINT STIPULATION TO CONTINUE RULE 16(b) SCHEDULING CONFERENCE** |

1    WHEREAS, on December 9, 2010, the Court set a Case Management Conference
2 for January 14, 2011 at 10:30 AM (Dkt. #20.);

3

4    WHEREAS, Defendant MaxBounty, Inc.'s ("MaxBounty") Motion to Dismiss
5 Counts I, II and III of Facebook's Complaint Pursuant to Fed.R.Civ.P. 12(b)(6) ("Motion to
6 Dismiss") is set for hearing on February 11, 2011;

7

8    WHEREAS, MaxBounty believes that the identity and scope of the claims asserted
9 in the litigation will dramatically influence the scope of discovery and any Rule 26(f)
10 conference;

11

12    WHEREAS, counsel for MaxBounty and Plaintiff Facebook, Inc. ("Facebook") have
13 conferred and Facebook is amenable to continuing the Case Management Conference until after
14 the Court has ruled on MaxBounty's Motion to Dismiss;

15

16    THEREFORE, IT IS HEREBY STIPULATED, by and between Plaintiff and
17 Defendant, through their respective undersigned counsel, subject to approval by this Honorable
18 Court, that the date for the Rule 16(b) Case Management Conference be continued until at least
19 30 days after the Court has ruled on the Motion to Dismiss on a date and time to be set by the
20 Court.

STIPULATION TO CONTINUE CMC
Case No.10-cv-04712-JF

1

| | |
|---|---|
| Dated:  December 23, 2010 | Respectfully Submitted, |
| | By:     /s/ John S. LeRoy<br>Thomas A. Lewry (Admitted *Pro Hac Vice*)<br>tlewry@brookskushman.com<br>John S. LeRoy (Admitted *Pro Hac Vice*)<br>jleroy@brookskushman.com<br>BROOKS KUSHMAN P.C.<br>1000 Town Center, Twenty-Second Floor<br>Southfield, MI  48075<br>Tel. (248) 358-4400; Fax (248) 358-3351 |
| | Mark B. Mizrahi, State Bar No. 179384<br>mmizrahi@brookskushman.com<br>BROOKS KUSHMAN P.C.<br>6701 Center Drive, Suite 610<br>Los Angeles, CA  90045<br>Tel. (310) 348-8200; Fax (310) 846-4799 |
| | *Counsel for Defendant MaxBounty, Inc.* |
| Dated:  December 23, 2010 | |
| | By:     /s/ Brian Hennessy |
| | Brian Hennessy, State Bar No. 226721<br>bhennessy@perkinscoie.com<br>PERKINS COIE LLP<br>3150 Porter Drive<br>Palo Alto, California 94304<br>Tel.:  650-838-4300<br>Fax:  650-838-4350 |
| | *Council for Plaintiff Facebook Inc.* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated:  1/6/11   ~~xxxxx~~ _____, ~~2010~~

Honorable Jeremy Fogel
UNITED STATES DISTRICT COURT JUDGE

STIPULATION TO CONTINUE CMC
Case No.10-cv-04712-JF

2

**General Order 45 Statement**

I, John S. LeRoy, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

By: /s/ - John S. LeRoy
Thomas A. Lewry (Admitted *Pro Hac Vice*)
tlewry@brookskushman.com
John S. LeRoy (Admitted *Pro Hac Vice*)
jleroy@brookskushman.com
BROOKS KUSHMAN P.C.
1000 Town Center, Twenty-Second Floor
Southfield, MI  48075
Tel. (248) 358-4400; Fax (248) 358-3351

Mark B. Mizrahi, State Bar No. 179384
mmizrahi@brookskushman.com
BROOKS KUSHMAN P.C.
6701 Center Drive, Suite 610
Los Angeles, CA  90045
Tel. (310) 348-8200; Fax (310) 846-4799

Date:  December 23, 2010_

# CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on  December 23, 2010, I electronically filed the foregoing document with the Clerk of the Court for the Northern District of California using the ECF System which will send notification to the following registered participants of the ECF System as listed on the Court's Notice of Electronic Filing:  Joseph Perry Cutler and Brian Patrick Hennessy.

I also certify that I have mailed by United States Postal Service the paper to the following non-participants in the ECF System:

> James M. McCullagh
> Perkins Cole LLP
> 1201 Third Avenue
> Suite 4800
> Seattle, WA  98101

By: /s/ John S. LeRoy
jleroy@brookskushman.com
**BROOKS KUSHMAN P.C.**

*Attorneys for Defendant, MaxBountry, Inc.*