| | |
|---|---|
| 1 | Brian P. Hennessy, State Bar No. 226721<br>BHennessy@perkinscoie.com |
| 2 | PERKINS COIE LLP<br>3150 Porter Drive |
| 3 | Palo Alto, CA  94304-1212<br>Telephone: 650.838.4300 |
| 4 | Facsimile:  650.838.4350 |
| 5 | James R. McCullagh, *pro hac vice*<br>JMcCullagh@perkinscoie.com |
| 6 | Joseph P. Cutler, *pro hac vice*<br>JCutler@perkinscoie.com |
| 7 | PERKINS COIE LLP<br>1201 Third Avenue, Suite 4800 |
| 8 | Seattle, WA  98101<br>Telephone:  206.359.8000 |
| 9 | Facsimile:  206.359.9000 |
| 10 | Attorneys for Plaintiff<br>  FACEBOOK, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| 16 | FACEBOOK, INC., a Delaware corporation, | **Case No. 10-CV-4712-LHK** |
| 17 | | **STIPULATION FOR DISMISSAL, AND [PROPOSED] ORDER THEREON** |
| 18 | Plaintiff, | |
| 19 | v. | Federal Rule of Civil Procedure 41(a)(1) |
| 20 | MAXBOUNTY, INC., a Canadian corporation, | |
| 21 | Defendant. | |

Plaintiff Facebook, Inc. and Defendant MaxBounty, Inc., having entered into a Settlement Agreement resolving the above-captioned dispute, hereby stipulate and respectfully request that the Court order as follows:

1. This action shall be dismissed, as to all claims, with prejudice, with each party bearing its own costs, expenses and attorney's fees.

2. This Court shall retain jurisdiction to enforce the terms of the parties' Settlement Agreement.

**IT IS SO STIPULATED**

Date: November 10, 2011         PERKINS COIE LLP

                                By: ___/s/_____
                                    Joseph P. Cutler
                                Attorneys for FACEBOOK, INC.

Dated: November 10, 2011        BROOKS KUSHMAN P.C.

                                By: ___/s/_____
                                    John S. LeRoy
                                Attorneys for MAXBOUNTY, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

                                *Lucy H. Koh*
Dated: November 14, 2011        _____
                                Honorable Lucy H. Koh
                                UNITED STATES DISTRICT COURT JUDGE

STIPULATED DISMISSAL                              Case No. 10-CV-4712-LHK
                          -1-
LEGAL21603567.2